JOSEPH CORN v. ANNIE ORLOFF.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

ELLIS G. POTTER v. WILLIAM E. PULSIFER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

In the Matter of UNIONPORT ROAD.— Motion granted, without costs. Present-- Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM M. CLAYTON and ROBERT T. HARDY.— Motion granted. . Memorandum per curiam. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PAULINE WEISMAN.— Motion granted. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

FERRAL C. DININNY v. JAMES S. REAVIS and Others.— Motion granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

ABRAHAM GLASGOW and Others v. ISAAC KOERNER.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

CLAUSEN-FLANAGAN BREWERY v. GEORGE LUTHER and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

SHERWOOD E. COLLINS v. STANDARD MAIL ORDER COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

BUILDERS HOIST AND MACHINE COMPANY v. CAPITOL REALTY AND CONSTRUCTION COMPANY.— Application denied, with ten dollars costs. Order signed. . Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

HOLZMAN, COHEN AND COMPANY v. HATHAWAY MANUFACTURING COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

LEWIS L. ROSENTHAL v. THE No. 1450 BROADWAY CORPORATION.— Application granted. Order signed. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

ECONOMU RITSOS COMPANY v. FRANK M. WITHERALL.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

WILHELM KNAUTH and Others v. ISIDOR LUSHER.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ. ·

CHARLES H. HIGGINS v. JULIANA MINDER.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Page; Davis and Shearn, JJ.

LEVY & BAIRD v. NEW AMSTERDAM CASUALTY COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

HYMAN WILSON v. GEORGE H. WOLF and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.